**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE VESTAVIA HILLS, LTD, dba MOUNT ROYAL TOWERS,<br><br>Debtor.<br>_____<br><br>U.S. SMALL BUSINESS ADMINISTRATION, and JOVITA CORRANZA, solely as the Administrator of the U.S. SBA,<br><br>Appellants,<br><br>v.<br><br>VESTAVIA HILLS, LTD., dba MOUNT ROYAL TOWERS,<br><br>Appellee. | Case No.: 3:20-cv-01308-GPC-LL<br>Bankr. Adv. Case No.: 20-90073-LA<br><br>**ORDER:**<br><br>**(1) GRANTING JOINT MOTION RE FILING OF SURREPLY AND SUR-SURREPLY; AND**<br><br>**(2) RESETTING HEARING DATE** |

Having considered the parties' Joint Motion, ECF No. 17, and good cause appearing, the Court GRANTS the motion:

IT IS HEREBY ORDERED that:

1. Appellee is authorized to file a surreply that does not exceed eight (8) pages, by no later than **January 29, 2021**; and

2. Appellants are authorized to file a sur-surreply that does not exceed four (4) pages, by no later than **February 5, 2021**.

3. The purpose of the additional briefings principally would be to address recent developments including the enactment of the Consolidated Appropriations Act; the decision in USF Fed. Credit Union v. Gateway Radiology Consultants, P.A. (In re Gateway Radiology Consultants, P.A.), 2020 U.S. App. LEXIS 40092, , __ F.3d __, 2020 WL 7579338 (11th Cir. Fla. December 22, 2020); developments regarding mootness; and possible developments concerning changes in the Executive Branch Administration of the federal government, including at the SBA.

4. The Court shall reschedule the hearing date on this matter currently set for February 12, 2021. The hearing shall be reset to **Friday, February 26, 2021** at 1:30 P.M. in Courtroom 2D.

**IT IS SO ORDERED.**

Dated:  January 22, 2021

Hon. Gonzalo P. Curiel
United States District Judge

2